**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Mari F. Henderson (Bar No. 307693)
marihenderson@quinnemanuel.com
Janet C. Shamilian (Bar No. 329695)
janetshamilian@quinnemanuel.com
Julian T. Schoen (Bar No. 344202)
julianschoen@quinnemanuel.com
865 S. Figueroa St., 10th Fl.
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849 7000

*Attorneys for Megan Thee Stallion, Megan Thee Stallion Entertainment, Inc., and Hot Girl Touring, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIO GARCIA, an Individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ROC NATION LLC, a Delaware business organization; HOT GIRL TOURING, LLC, a Delaware Business Organization; MEGAN THEE STALLION ENTERTAINMENT, INC., a Delaware Business Organization; MEGAN THEE STALLION, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-04448-HDV-SSC<br><br>**DECLARATION OF MEGAN PETE IN SUPPORT OF HER REPLY TO THE MOTION TO DISMISS FOR PERSONAL JURISDICTION**<br><br>Trial Date:   None Set |

# DECLARATION OF MEGAN PETE

I, Megan Pete, declare as follows:

1. I am a musician and performing artist known as Megan Thee Stallion. I am a named Defendant in the above entitled action. I have personal knowledge of the facts stated herein, and if called upon as a witness, I could and would competently testify to the facts below.

2. My hometown is Houston, Texas.

3. In 2021, I moved to Florida. Since then, my permanent residence has been and is in Florida. I pay state taxes in Florida. I spend my holidays in Florida. My cars, clothing, awards, and personal possessions all stay at my home in Florida. My dogs also live with me in my Florida home and stay there while I am traveling for work. Although I currently have a Texas driver's license, I am in the process of getting a Florida driver's license.

4. Florida is the state I intend to stay and remain.

5. As a touring musician, I perform in cities throughout the United States and the world. These cities include London, Leeds, Tokyo, Osaka, Rio De Janeiro, New York, Miami, Houston, Las Vegas, and many others.

6. Sometimes my job requires me to travel to Los Angeles for performances and other media and marketing opportunities. However, these engagements do not constitute the majority of my work as Megan Thee Stallion. For example, between the end of 2022 and first half of 2023, I toured Europe and Asia for a total of 176 days.

7. When I am traveling for work, I prefer to stay in short-term rentals instead of hotels. This is because short-term rentals provide me with the space, security, and privacy I cannot find in a hotel. I usually rent these short-term rentals for 15 to 30 days at a time.

8. For example, I rented a short-term rental home for 30 days while in Malibu for work. While there, I filmed an episode of "Hottie Bootcamp," a series of

1  work-out videos shared across my social media pages, published in January 2021. At
2  the end of the rental term, I left and immediately returned home to Florida.

3      9.    Similarly, in October 2022, I rented a home in Tarzana, California, to
4  film a Halloween music video and Amazon performance. During that time, I travelled
5  to New York to host *Saturday Night Live*. Plaintiff travelled with me there. While I
6  was away hosting, the rental home was burglarized. The burglars took several purses
7  of mine. When the rental term ended, I immediately returned back to my home in
8  Florida.

9      10.    I only own property in Florida. I do not own property in Los Angeles or
10 California. I am not registered to vote in California. I do not have a California
11 driver's license.

12     11.    I personally know Plaintiff from my time living in Texas. Throughout
13 the entirety of my relationship with Plaintiff, he has always lived in Houston, Texas.

14     12.    On March 1, 2020, Plaintiff signed a contract to be an independent
15 contracted photographer and videographer for my company, Hot Girl Touring LLC
16 ("HGT").

17     13.    In that role, Plaintiff travelled with me for limited engagements on
18 assignment to cities outside of California, such as London, Leeds, Tokyo, Osaka, Rio
19 De Janeiro, New York, Miami, and Las Vegas. Plaintiff regularly sent invoices for
20 his services to HGT at HGT's Florida address. The invoices listed the cities Plaintiff
21 performed his duties, the majority of which he performed outside of California.
22 Attached as Exhibits 1-7 are true and correct copies of Plaintiff's invoices, redacted
23 to protect personal identifying information.

24     14.    Each time Plaintiff travelled for limited engagements on an assignment
25 for HGT, he flew out of Houston, Texas. When the assignment was complete, he
26 returned to Houston.

27

28

1     Executed August 8, 2024, in Miami, Florida.

3 DATED: August 8, 2024

By _____
    Megan Pete

# EXHIBIT 1



# INVOICE
# #045

**Emilio Rene Garcia JR**

Houston, TX 77003

Bill To:

**300 Entertainment**

New York, NY 10016

Date: Sep 7, 2022

Payment Terms: Net 10

Due Date: Sep 17, 2022

**Balance Due:** **$2,884.61**

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **New York and LA Promo (Caresha Please, Jimmy Fallon, GMA, NYC M&G, LA Promo)**<br>8/9/22 - 8/15/22 | 1 | $2,884.61 | $2,884.61 |

Subtotal: $2,884.61

Tax (0%): $0.00

Total: $2,884.61

Notes:

New York and LA Promo (Caresha Please, Jimmy Fallon, GMA, NYC M&G, LA Promo)

Photo/Video Services for August 2022

Terms:

Please pay invoice within 10 business days of invoice date.

*total invoices = $8,653.83*
*+ 75 owed per diem*
*_____*
*$8,728.83*

*promo/label*

# EXHIBIT 2



# INVOICE
# #050

**Emilio Rene Garcia JR**

Houston, TX 77003

Bill To:
**Hot Girl Touring, LLC**

Miami, FL 33131

Date: Sep 7, 2022
Payment Terms: Net 10
Due Date: Sep 17, 2022

**Balance Due:** **$2,884.61**

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| Photo/Video Services August 16 - 20 Japan Festivals (Tokyo and Osaka) | 1 | $2,884.61 | $2,884.61 |

Subtotal: $2,884.61
Tax (0%): $0.00
Total: $2,884.61

Notes:

Japan Festivals (Tokyo and Osaka)

Photo/Video Services for August 2022

Terms:

Please pay invoice within 10 business days of invoice date.

Japan

# EXHIBIT 3



# INVOICE
# #051

**Emilio Rene Garcia JR**

Houston, TX 77003

Bill To:
**Hot Girl Touring, LLC**

Miami, FL 33131

Date: Sep 7, 2022
Payment Terms: Net 10
Due Date: Sep 17, 2022

**Balance Due:** **$2,884.61**

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **Photo/Video Services August 21 - August 27 UK Shows (London, Leeds Festival)** | 1 | $2,884.61 | $2,884.61 |

Subtotal: $2,884.61
Tax (0%): $0.00
Total: $2,884.61

Notes:

UK Shows (London, Leeds Festival)

Photo/Video Services for August 2022

Terms:

Please pay invoice within 10 business days of invoice date.

EX US Leg 1

# EXHIBIT 4




# #52

**Emilio Rene Garcia JR**

Houston, TX 77003

Bill To:

**Hot Girl Touring, LLC**

Miami, FL 33131

| | Date: | Sep 30, 2022 |
|---|---|---|
| | Payment Terms: | Net 10 |
| | Due Date: | Oct 10, 2022 |
| | **Balance Due:** | **$300.00** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| SEPTEMBER 9, 10, 11, 12 (BRAZIL DATES/ROCK N RIO) - Per Diem @ 75.00/day | 4 | $75.00 | $300.00 |

| | Subtotal: | $300.00 |
|---|---|---|
| | Tax (0%): | $0.00 |
| | Total: | $300.00 |

Notes:

BRAZIL DATES/ROCK N RIO FESTIVAL
- Per Diem @ 75.00/day

*invoice totals = $2,607.68*

Terms:

Please pay invoice within 10 business days of invoice date.

*Brazil*

# EXHIBIT 5



# INVOICE
# #59

**Emilio Rene Garcia JR**
Houston, TX 77003

Bill To:
**Hot Girl Touring, LLC**

Miami, FL 33131

Date: Sep 30, 2022
Payment Terms: Net 10
Due Date: Oct 10, 2022

**Balance Due:** **$2,307.68**

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **Photo/Video Services - SEPTEMBER 9, 10, 11, 12 (BRAZIL - ROCK N RIO) @ $576.92/daily rate** | 4 | $576.92 | $2,307.68 |

Subtotal: $2,307.68
Tax (0%): $0.00
Total: $2,307.68

Notes:
BRAZIL DATES/ROCK N RIO @ $576.92/daily rate

Terms:
Please pay invoice within 10 business days of invoice date.

Brazil

# EXHIBIT 6



# INVOICE
# #55

**Emilio Rene Garcia JR**

Houston, TX 77003

Bill To:
**Hot Girl Touring, LLC**

Miami, FL 33131

Date: Sep 30, 2022
Payment Terms: Net 10
Due Date: Oct 10, 2022

**Balance Due:** **$150.00**

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **SEPTEMBER 23, 24, 25 (LAS VEGAS - IHEART FESTIVAL) - Per Diem @ $50.00/day** | 3 | $50.00 | $150.00 |

Subtotal: $150.00
Tax (0%): $0.00
Total: $150.00

Notes:
SEPTEMBER 23, 24, 25 (LAS VEGAS - IHEART FESTIVAL) - Per Diem @ $50.00/day - REVISED INVOICE

Terms:
Please pay invoice within 10 business days of invoice date.

*total invoices = $283.58*

*iHeart*

# EXHIBIT 7



# INVOICE
# #65

**Emilio Rene Garcia JR**

Houston, TX 77003
(281)-899-9291

ACCOUNT DETAILS:

JP MORGAN CHASE BANK
ACCOUNT #:
ROUTING #: 111000614

Bill To:
**Hot Girl Touring**

Miami, FL 33131

| Date: | Nov 9, 2022 |
|---|---|
| Payment Terms: | Net 30 |
| Due Date: | Dec 9, 2022 |
| **Balance Due:** | **$3,461.52** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **Photo/Video Services - DECEMBER 28 - JAN 2 (MIAMI, FL) @** $576.92/daily rate | 6 | $576.92 | $3,461.52 |

| | |
|---|---|
| Subtotal: | $3,461.52 |
| Tax (0%): | $0.00 |
| Total: | $3,461.52 |

Notes:
NYE

Terms:
To be paid within 30 days of sending.

*Personal*