**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Mari F. Henderson (Bar No. 307693)
marihenderson@quinnemanuel.com
Janet C. Shamilian (Bar No. 329695)
janetshamilian@quinnemanuel.com
Julian T. Schoen (Bar No. 344202)
julianschoen@quinnemanuel.com
865 S. Figueroa St., 10th Fl.
Los Angeles, California 90017
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849 7000

*Attorneys for Megan Thee Stallion, Megan Thee Stallion Entertainment, Inc., and Hot Girl Touring, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIO GARCIA, an Individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROC NATION LLC, a Delaware business organization; HOT GIRL TOURING, LLC, a Delaware Business Organization; MEGAN THEE STALLION ENTERTAINMENT, INC., a Delaware Business Organization; MEGAN THEE STALLION, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:24-cv-04448-HDV-SSC<br><br>**JOINT STIPULATION RE: ADVANCING SCHEDULING CONFERENCE**<br><br>Judge:　　Hon. Hernán D. Vera<br>Courtroom:　5B |

Case No. 2:24-cv-04448-HDV-SSC
JOINT STIPULATION RE: ADVANCING SCHEDULING CONFERENCE

1    Plaintiff Emilio Garcia ("Plaintiff") and Defendants Roc Nation, LLC ("Roc
2 Nation"); Hot Girl Touring, LLC ("HGT"); Megan Thee Stallion Entertainment, Inc.
3 ("MTS"); and Megan Thee Stallion ("Megan Pete" or "Ms. Pete") stipulate as
4 follows:
5    WHEREAS, on July 7, 2024, this Court previously ordered the Joint Rule 26(f)
6 Report due on September 3, 2024, ahead of the Scheduling Conference for September
7 17, 2024 (Dkt. 27);
8    WHEREAS, on June 25, 2024, Ms. Pete filed a Rule 12(b)(2) motion to dismiss
9 for lack of personal jurisdiction (Dkt. 22); Ms. Pete, HGT, and MTS filed a motion to
10 transfer this Action to the United States District Court for the Southern District of
11 New York (Dkt. 23); and Roc Nation filed a Rule 12(b)(6) motion to dismiss for
12 failure to state a claim (Dkt. 25) (collectively, the "Motions");
13    WHEREAS, the hearing date for the Motions was originally August 22, 2024;
14    WHEREAS, on August 7, 2024, this Court advanced the August 22, 2024
15 hearing for the Motions to August 21, 2024 (Dkt. 32);
16    WHEREAS, on August 8, 2024, the Parties stipulated to advance the hearing
17 for the Motions to September 12, 2024, and this Court entered an order reflecting the
18 same (Dkt. 36);
19    WHEREAS, on August 26, 2024, the Parties stipulated to advance the
20 September 17, 2024 Scheduling Conference pending the resolution of the Motions;
21    WHEREAS, the Parties respectfully request that the Court set the following
22 schedule for the Joint Rule 26(f) Report and Scheduling Conference:
23    1.   The Parties shall file their Joint Rule 26(f) Report by November 5, 2024;
24    2.   The Scheduling Conference is advanced to November 19, 2024 at 10:00
25 A.M.
26    **IT IS THEREFORE STIPULATED AND AGREED** that there is good
27 cause for the Court to set the above-described schedule for the Rule 26(f) Report and
28 Scheduling Conference.

Respectfully submitted,

Dated:  August 29, 2024

WEST COAST TRIAL LAWYERS, APLC

By: /s/ Ronald L. Zambrano
Ronald L. Zambrano, Esq.
*Attorney for Plaintiff,*
*EMILIO GARCIA*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: [signature]
Mari F. Henderson (Bar No. 307693)
marihenderson@quinnemanuel.com
Janet C, Shamilian (Bar No. 329695)
janetshamilian@quinnemanuel.com
Julian T. Schoen (Bar No. 344202)
julianschoen@quinnemanuel.com
865 S. Figueroa St., 10th Fl.
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Alex Spiro (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
(212) 849 7000

*Counsel for Megan Thee Stallion, Megan Thee Stallion Entertainment, Inc., and Hot Girl Touring, LLC*

REED SMITH LLP

By: /s/ Jordan W. Siev
Jordan W. Siev (*pro hac vice*)
Michael R. Kleinmann (Bar No. 293741) *Attorneys for Defendant ROC NATION, LLC*

-2-    Case No. 2:24-cv-04448-HDV-SSC
JOINT STIPULATION RE: ADVANCING SCHEDULING CONFERENCE